1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney

5  ACADIA L. SENESE
   Law Clerk

6

7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102

8     Telephone: (415) 436-7031
      Fax: (415) 436-7234

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   Case No. CR 05-00726 MAG
                                     )
14          Plaintiff,               )
                                     )   **ORDER FOR SUMMONS**
15      v.                           )
                                     )
16  KHAHILIAH THJUAN JACKSON,        )
                                     )
17          Defendant.               )
                                     )
18  _____)

19     Having reviewed the Declaration of Acadia L. Senese, the Court finds that probable cause

20  exists to believe that an offense has been committed.   Accordingly, pursuant to Fed. R. Crim. P.

21  58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Khahiliah Thjuan

22  Jackson to appear on December 13, 2005 at 9:30 am before Magistrate Judge Elizabeth D.

23  Laporte to answer the Information that has been filed by the United States Attorney.

24     IT IS SO ORDERED.

25  Dated: 12/1/05

26                                   _____
                                     EDWARD M. CHEN
27                                   United States Magistrate Judge

28

   ORDER FOR SUMMONS
   Case No. CR 05-00726 MAG