KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

ACADIA L. SENESE
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6488
Fax: (415) 436-7234
Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No.: 05-00726 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ~~PROPOSED~~ ORDER EXCLUDING |
| v. | ) | TIME |
| | ) | |
| KHAHILIAH THYJUAN JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

On December 13, 2005, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from December 13, 2005 to January 27, 2006 for effective preparation of counsel, in that defense counsel required adequate time for effective assistance of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The

Stipulation and ~~Proposed~~ Order Excluding Time

parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                            KEVIN V. RYAN
                                            United States Attorney

DATED: __12-13-05                         _____/s/_____
                                            ACADIA L. SENESE
                                            Law Clerk

DATED: ____12/13/05_____         _____/s/_____
                                            ELIZABETH M. FALK
                                            Attorney for Ms. Jackson

    As the Court found on December 13, 2005, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from December 13, 2005 to January 27, 2006 for effective preparation of defense counsel and the United States. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: December 19, 2005                   _____
                                              ELIZABETH
                                              United States

[GRANTED — signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte, United States District Court, Northern District of California seal]

Stipulation and ~~Proposed~~ Order Excluding Time