KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237 )
Special Assistant United States Attorney

DRIA FEARN
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6488
Fax: (415) 436-7234
Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.: 05-00726 MAG |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER EXCLUDING TIME |
| v. | |
| KHAHILIAH THYJUAN JACKSON, | |
| Defendant. | |

On January 27, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from January 27, 2006 to February 10, 2006 for effective preparation of counsel, in that defense counsel required adequate time for effective assistance of defense counsel.   The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.   See 18 U.S.C. § 3161(h)(8)(B)(iv).   The

Stipulation and ~~Proposed~~ Order Excluding Time

1    parties also agreed that the ends of justice served by granting such a continuance outweighed the

2    best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

3    SO STIPULATED:

4                                              KEVIN V. RYAN
                                               United States Attorney
5

6    DATED:   2/2/06                              ___/s/ Dria Fearn_____
                                               DRIA FEARN
7                                              Law Clerk

8
9    DATED:   2/1/06                              __/s/ Elizabeth M. Falk_____
                                               ELIZABETH M. FALK
10                                             Attorney for Ms. Jackson

11        As the Court found on January 27, 2006, and for the reasons stated above, the Court finds

12   that the ends of justice served by the continuance outweigh the best interests of the public and

13   the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

14   calculations from January 27, 2006 to February 10, 2006 for effective preparation of defense

15   counsel and the United States.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the

16   requested continuance would deny counsel reasonable time necessary for effective preparation

17   and continuity of counsel, taking into account the exercise of due diligence, and would result in a

18   miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

19

20   SO ORDERED.

21   DATED:   3/15/06                          _____

22                                             JOSEPH C. SPERO
                                               United States Magistrate Judge
23

24

25

26

27

28

Stipulation and ~~Proposed~~ Order Excluding Time