KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237 )
Special Assistant United States Attorney

DRIA FEARN
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
Telephone:  (415) 436-6488
Fax:  (415) 436-7234
Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KHAHILIAH THYJUAN JACKSON, <br><br> Defendant. | CR No.: 05-00726 MAG <br><br> STIPULATION AND ORDER EXCLUDING TIME |

On March 31, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from March 31, 2006 through April 20, 2006 for effective preparation of counsel, in that defense counsel required adequate time for effective assistance of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

Stipulation and Proposed Order Excluding Time

interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                      KEVIN V. RYAN
                                      United States Attorney

DATED:   4/12/06                      /s/
                                        DRIA FEARN
                                        Law Clerk

DATED:   4/10/06                      /s/
                                        ELIZABETH M. FALK
                                        Attorney for Ms. Jackson

    As the Court found on March 31, 2006, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from March 31, 2006 through April 20, 2006 for effective preparation of defense counsel and the United States.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: April 17, 2006                           _/s/ Bernard Zimmerman_____
                                                                        BERNARD ZIMMERMAN
                                                                          United States Magistrate Judge